IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-1108-MEF |
| ) | (WO – Do Not Pubish) |
| 2003 LEXUS SC430 CONVERTIBLE ) | |
| VIN: JTHFN48Y630037361, ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. Final Judgment of Forfeiture of the defendant 2003 LEXUS SC430 CONVERTIBLE, VIN: JTHFN48Y630037361 is hereby entered in favor of the United States.

2. Costs are taxed as paid.

3. All persons claiming any right, title or interest in the defendant currency are held in default.

The Clerk of the Court is DIRECTED to enter this document as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 21st day of February, 2013.

                 /s/ Mark E. Fuller
              UNITED STATES DISTRICT JUDGE